# INDEX OF EXHIBITS

A. Police Report

B. Defendant Shepard and Brasgalla Activity Log

C. Search Warrant

D. Deposition Transcript of Plaintiff Denessa Westbrook

E. Diagram of Plaintiffs' house

F. Deposition Transcript of Defendant Brasgalla

G. Deposition Transcript of Defendant Howitt

H. Deposition Transcript of Defendant Davis

I. Deposition Transcript of Defendant Weekley

J. Deposition Transcript of Defendant Chester

K. Deposition Transcript of Defendant Hayes

L. Deposition Transcript of Defendant Shepard

M. Deposition Transcript of Plaintiff Martin Westbrook

N. Deposition Transcript of Plaintiff April Westbrook

O. Deposition Transcript of Dollinger

P. Deposition Transcript of C. Anderson

Q. Photographs of Dogs

R. Wilson v. Boyce Wilkins, et. al., 2010 U.S. App. LEXIS 976; 2010 FED App. 0030N (6th Cir.)

S. Davis v. Randall Bergeon, et. al., 1999 U.S. App. LEXIS 17984

T. Binay v. Bettendorf, 2010 U.S. App. LEXIS 8084; 2010 FED App. 0111P (6th Cir.)

U. Jackson v. MacKinnon, et. al., 1997 U.S. Dist. LEXIS 12128