# EXHIBIT A

# DETROIT POLICE DEPARTMENT ARREST REPORT

DETROIT POLICE DEPARTMENT

Case No. 0702030198
Report No. 0702030198.2
Report Date: 2/8/2007

**1**

Page 1 of 1

| | | | | | |
|---|---|---|---|---|---|
| Subject | RATF/NFS TEAM (1) ARREST FOR RA-CITIZEN | | | | |
| Case Report Status | A - APPROVED | Date Entered | 2/8/2007 1:04:54 PM | Reporting Officer | 233699 - DEBETS, TROY |
| County | 82 - WAYNE | Entered By | 233699 - DEBETS, TROY | | |
| City/Township | 99 - DETROIT | Date Verified | 2/8/2007 1:39:50 PM | | |
| | | Verified By | 183537 - ROSSI, GASPER | | |
| Occurred On | 2/8/2007 10:40:24 AM | Date Approved | 2/16/2007 12:26:45 PM | Assisted By | 233814 - LALONE, ROBERT |
| (and Between) | 2/3/2007 12:30:00 PM | Approved By | 171238 - FULTON, DENNIS | | |
| Location | 421 MADISON | Connecting Cases | | Assist Agency | |
| CSZ | DETROIT, MI 48201 | Disposition | ARREST | | |
| Census/Geo Code | 5203 | Tactical Actions | | | |
| Grid | C2 - 0102 | Clearance Reason | | | |
| Cell Source | OTHER | Date of Clearance | | | |
| | | Reporting Agency | DETROIT POLICE DEPARTMENT | | |
| Vehicle Activity | | Division | 1st/Central District | | |
| Vehicle Traveling | | Notified | | | |
| Cross Street | | | | | |
| Means | | | | | |
| Other Means | | | | | |
| Motive | | | | | |
| Other Motives | | | | | |

Report Narrative

P.O TROY DEBETS#135
SGT. ROBERT LALONE#S381
SGT. WILLIAM JACKSON

A:(SEE OFFENDER)
S: MYSELF ALONG WITH ABV MEMBERS OF THE RATF WERE ATTENDING COURT ON AN UNRELATED MATTER. ABV MEMBERS WERE SEATED IN THE HALLWAY OUTSIDE OF ROOM 438. WHEN SGT. JACKSON OBSERVED ONE MARLON WESTBROOK BM/20 IN HALLWAY. I HAD A PREVIOUS CONVERSATION WITH SGT. JACKSON CONCERNING MR. WESTBROOK AS BEING WANTED FOR A ROBBERY ARMED OF A CITIZEN. I ALONG WITH OFFICERS BENAVIDES AND TORRES HAD CONDUCTED A PHOTO LINE UP ON 02-07-07 WHERE MR. WESTBROOK WAS POSITIVELY IDENTIFIED AS THE SUBJECT WHO HAD ROBBED A CITIZEN. SGT. JACKSON NOTIFIED ME ALONG WITH SGT. LALONE AND WE ARRESTED OFFENDER W/O INCIDENT.
O:ABV.
T:NONE.

## Offense Detail: 1204 - ROBBERY - STREET - GUN

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 1204 - ROBBERY - STREET - GUN | | | | |
| IBR Code | 120 - ROBBERY | Location | 13 - HIGHWAY/ROAD/ALLEY | | |
| IBR Group | A | Offense Completed? | YES | No Prem Entered | |
| Crime Against | PR | Hate/Bias | 00 - NONE (NO BIAS) | Entry Method | |
| Offense File Class | 12000 - ROBBERY | Domestic Violence | NO | Type Security | |
| PACC | | | | Tools Used | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | | | | | |
| Weapons | 12 - HANDGUN | | | | |

## Suspect S1: UNKNOWN SUSPECT

| | | | | | |
|---|---|---|---|---|---|
| Suspect Number | S1 | | | | |
| Name | UNKNOWN SUSPECT | DOB | | Place of Birth | |
| AKA | | Age | 20 | SSN | |
| Alert(s) | | Sex | M - MALE | DLN | |
| | | Race | B - BLACK | DLN State | |
| | | Ethnicity | U - UNKNOWN | DLN Country | |
| Address | | Ht | 5' 8" | Occupation/Grade | |
| CSZ | | Wt | 230 | Employer/School | |
| | | Eye Color | | Res. County | |
| Home Phone | | Hair Color | | Res. Country | |
| Work Phone | | Hair Style | | Resident Status | U - UNKNOWN |
| | | Hair Length | | | |