UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Denessa Westbrook, et al.,

    Plaintiffs,

v.                                     Case No. 09-11457
                                         Honorable Nancy G. Edmunds

Larry Davis, et al.,

    Defendants.
_____/

ORDER OF DISMISSAL

    The Court being notified that the parties have agreed to a settlement of the case;

    Accordingly, the above-entitled action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**. However, upon a showing of good cause, either party may move to vacate this order within a period of sixty (60) days from this date if the settlement is not consummated.

                                 s/Nancy G. Edmunds
                                 Nancy G. Edmunds
                                 United States District Judge

Dated: June 29, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 29, 2010, by electronic and/or ordinary mail.

                                 s/Carol A. Hemeyer
                                 Case Manager