# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Denessa Westbrook, et al,

       Plaintiff,                      Case Number: 09-11457

v.                                         HONORABLE NANCY G. EDMUNDS

Jason Brasgalla, et al,

       Defendants.
_____/

## ORDER REQUIRING RESPONSIVE PLEADING

On August 28, 2010 Plaintiffs filed a motion to vacate [40]. To date, Defendants have not filed a responsive pleading. The Court therefore **ORDERS** Defendants to file a response in accordance with LR 7.1, **ON OR BEFORE NOVEMBER 24, 2010**.

                                    s/Nancy G. Edmunds
                                    Nancy G. Edmunds
                                    United States District Judge

Dated: November 19, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 19, 2010, by electronic and/or ordinary mail.

                                    S/Carol A. Hemeyer
                                    Case Manager